# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

RECEIVED IN THE CHAMBERS OF

DEC 19 2019

UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **GILMAN & BEDIGIAN, LLC,** | \* |
| **Plaintiff,** | |
| | \* **Civil Action No.:** 1:19-cv-03471-CCB |
| v. | \* |
| **RICHARD SACKETT,** | \* |
| and | \* |
| **LAWCO USA P.L.L.C.,** | \* |
| **Defendants.** | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, Gilman & Bedigian, LLC ("Plaintiff") and Defendants, Richard Sackett and LawCo USA P.L.L.C. ("Defendants"), by and through their undersigned attorneys, file this Stipulation to extend Defendants' time to respond to the Complaint, and with good cause state:

1. This is an action seeking a declaratory judgment regarding the rights in several service marks.

2. Plaintiff effected service of the Complaint, Summons, Civil Cover Sheet, Report on Filing Patent/Trademark, and Corporate Disclosure Statement upon Defendant Richard Sackett on December 9, 2019.

3. Defendant Richard Sackett's response to Plaintiff's Complaint is currently due on December 30, 2019.

4. Undersigned counsel for Defendant LawCO USA P.L.L.C. has agreed to accept service of the Complaint and related papers on behalf of LawCo USA P.L.L.C.

5. Defendants require additional time to investigate the allegations in the Complaint and to formulate their defenses thereto.

6. Accordingly, counsel for all parties stipulate and agree that the time period for both Defendants, Richard Sackett and LawCo USA P.L.L.C., to answer, move or otherwise plead in response to the Complaint filed in the above-captioned action, be extended to February 5, 2020.

7. In entering into this Stipulation and appearing by counsel in this Court for the purposes of submitting this Stipulation, Defendants do not waive and hereby expressly reserve any defenses they may assert related to both personal jurisdiction over them and as to the Court's subject matter jurisdiction over this action, as well as all other defenses.

WHEREFORE, the parties respectfully request that the Court grant an extension to February 5, 2020 for Defendants Richard Sackett and LawCo USA P.L.L.C. to answer, motion or other plead in response to the Complaint.

Dated: December 19, 2019                                   Respectfully submitted,

*/s/ James B. Astrachan*                                   *s/Robert P. Fletcher*
James B. Astrachan, Bar No. 03566                          Robert P. Fletcher, Bar No. 02893
Kaitlin D. Corey, Bar No. 19907                            Emily N. Catron, Bar No. 21006
Astrachan Gunst Thomas, P.C.                               Fox Rothschild LLP
217 E. Redwood Street, 21st Floor                          1030 15th Street N.W., Suite 380 East
Baltimore, Maryland 21202                                  Washington, D.C. 20005
410-783-3550 (telephone)                                   202-794-1222 (telephone)
410-783-3530 (facsimile)                                   202-461-3102 (facsimile)
jastrachan@agtlawyers.com                                  rfletcher@foxrothschild.com
kcorey@agtlawyers.com                                      ecatron@foxrothschild.com

*Counsel for Plaintiff*                                    *Counsel for Defendants*

SO ORDERED, this 19th day of Dec, 2019

_____
U.S. District Court Judge