## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

| | |
|---|---|
| **GILMAN & BEDIGIAN, LLC,** | * |
| **Plaintiff,** | |
| | * Civil Action No.: 1:19-cv-03471-CCB |
| v. | |
| | * |
| **RICHARD SACKETT,** | * |
| and | * |
| **LAWCO USA P.L.L.C.,** | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

FEB 06 2020

UNITED STATES DISTRICT JUDGE

### STIPULATION TO EXTEND TIME TO RESPOND TO ORIGINAL COMPLAINT PENDING RULING ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Gilman & Bedigian, LLC ("Plaintiff") and Defendants, Richard Sackett and LawCo USA P.L.L.C. ("Defendants"), by and through their undersigned attorneys, file this Stipulation to further extend Defendants' time to respond to the Complaint in light of Plaintiff's February 4, 2020 filing of a Motion for Leave to File an Amended Complaint, and with good cause state:

1. This is an action seeking a declaratory judgment regarding the rights in several service marks.

2. Pursuant to this Court's December 19, 2019 Order, Defendant's time to answer or otherwise respond to the original Complaint filed in this matter was extended to February 5, 2020.

3. On February 4, 2020, Plaintiff filed an unopposed Motion for Leave to File Amended Complaint. That motion is currently pending before the Court.

4. Until the Court rules on Plaintiff's Motion to File an Amended Complaint, it would be inefficient and possibly duplicative for Defendant to file its answer or other responsive motions to the original Complaint, if the Court were thereafter to allow the filing of an Amended Complaint to which Defendant's would also have to respond.

5. Accordingly, counsel for all parties stipulate and agree that the time period for Defendants, Richard Sackett and LawCo USA P.L.L.C., to answer, move or otherwise plead in response to the Complaint, or to the Amended Complaint to be filed, as the case may be, be extended to 14 days after the Court rules on the pending Motion to Amend.

6. In entering into this Stipulation and appearing by counsel in this Court for the purposes of submitting this Stipulation, Defendants do not waive and hereby expressly reserve any defenses they may assert related to both personal jurisdiction over them and as to the Court's subject matter jurisdiction over this action, as well as all other defenses.

WHEREFORE, the parties respectfully request that the Court grant an extension to answer, move, or other plead in response to the Complaint or Amended Complaint, as the case may be, to 14 days after the Court rules on Plaintiff's Motion to File Amended Complaint.

Dated: February 6, 2020                                                Respectfully submitted,


_s/ James B. Astrachan_                        _s/ Robert P. Fletcher_
James B. Astrachan, Bar No. 03566              Robert P. Fletcher, Bar No. 02893
Kaitlin D. Corey, Bar No. 19907                Emily N. Catron, Bar No. 21006
Astrachan Gunst Thomas, P.C.                   Fox Rothschild LLP
217 E. Redwood Street, 21st Floor              1030 15th Street N.W., Suite 380 East
Baltimore, Maryland 21202                      Washington, D.C. 20005
410-783-3550 (telephone)                       202-794-1222 (telephone)
410-783-3530 (facsimile)                       202-461-3102 (facsimile)

jastrachan@agtlawyers.com            rfletcher@foxrothschild.com
kcorey@agtlawyers.com                ecatron@foxrothschild.com

*Counsel for Plaintiff*               *Counsel for Defendants*

SO ORDERED, this __10__ day of __Feb__, 2020

_____
U.S. District Court Judge