IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **GILMAN & BEDIGIAN, LLC,** | \* |
| **Plaintiff,** | |
| | \* **Civil Action No.:** 1:19-cv-03471-CCB |
| v. | |
| | \* |
| **RICHARD SACKETT,** | \* |
| and | \* |
| **LAWCO USA P.L.L.C.,** | \* |
| **Defendants.** | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff, Gilman & Bedigian, LLC ("Plaintiff") and Defendants, Richard Sackett and LawCo USA P.L.L.C. ("Defendants"), by and through their undersigned attorneys, hereby file this Stipulation to extend the time to respond to Plaintiff's Motion for Leave to file a Third Amended Complaint and the time for filing a reply brief to the response, and with good cause state:

1. This is an action seeking a declaratory judgment regarding the rights in several service marks.

2. On December 18, 2020, Plaintiff filed its Motion for Leave to File Third Amended Complaint ("Motion for Leave"). The proposed Third Amended Complaint seeks to add a new defendant to the action and to amend the factual allegations and claims asserted in the action.

3. Defendants' response to the Motion for Leave is currently due on January 4, 2021.

4. In view of the year-end holidays, and the proposed amendments, Defendants request additional time to formulate their response thereto.

5. Accordingly, counsel for all parties stipulate and agree that the time period for Defendants to respond to the Motion for Leave be extended to January 8, 2021. In addition, counsel for all parties stipulate and agree that the Plaintiff may have up to three weeks to file its reply to Defendants' response, so that, if Defendants' response is filed on January 8, 2021, Plaintiff's reply would be due January 29, 2021.

WHEREFORE, the parties respectfully request that the Court grant an extension to January 8, 2021 for Defendants to respond to Plaintiff's Motion for Leave to File Third Amended Complaint and that Plaintiff be granted an extension to file a reply brief, if any, to three weeks after the filing of Defendants' response.

Dated: December 29, 2020                    Respectfully submitted,

    *s/ H. Mark Stichel*                       *s/ Robert P. Fletcher*
James B. Astrachan, Bar No. 03566           Robert P. Fletcher, Bar No. 02893
H. Mark Stichel, Bar No. 02939              Fox Rothschild LLP
Kaitlin D. Corey, Bar No. 19907             1030 15th Street N.W., Suite 380 East
Astrachan Gunst Thomas, P.C.                Washington, D.C. 20005
217 E. Redwood Street, 21st Floor           202-794-1222 (telephone)
Baltimore, Maryland 21202                   202-461-3102 (facsimile)
410-783-3550 (telephone)                    rfletcher@foxrothschild.com
410-783-3530 (facsimile)
jastrachan@agtlawyers.com                   Dominique J. Carroll (*pro hac vice*)
hmstichel@agtlawyers.com                    Fox Rothschild LLP
kcorey@agtlawyers.com                       997 Lenox Drive
                                            Lawrenceville, NJ 08648
*Counsel for Plaintiff*                     609-844-3023 (telephone)
                                            609-896-1469 (facsimile)
                                            djcarroll@foxrothschild.com
                                            *Counsel for Defendants*

3

SO ORDERED, this _____ day of _____, 20____

_____
U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, I filed the foregoing Stipulation with the Court via CM/ECF, which will serve all counsel of record.

*s/H. Mark Stichel*
H. Mark Stichel
