## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

| | | |
|---|---|---|
| **GILMAN & BEDIGIAN, LLC** | * | |
| **Plaintiff,** | * | Civil Action No.: 1:19-cv-03471-CCB |
| **v.** | * | |
| **RICHARD SACKETT, et al.,** | * | |
| **Defendants.** | * | |

### <u>CONSENT ORDER FOR SUBSTITUTION OF COUNSEL</u>

THIS MATTER HAVING COME BEFORE THE COURT on the consent of the parties, and

IT APPEARING TO THE COURT that Defendants Richard Sackett ("Mr. Sackett") and LawCo USA, P.L.L.C. ("LawCo") (collectively, "Defendants"), seek to substitute Amy Epstein Gluck, Christopher Kinkade *(*by *pro hac vice*), Joseph Schramm (*pro hac vice* to be filed) and the law firm of FisherBroyles, LLP for Robert Fletcher and Dominique Carroll and the law firm of Fox Rothschild LLP, and

IT FURTHER APPEARING TO THE COURT that there is no objection thereto, it is hereby

ORDERED that Amy Epstein Gluck, Christopher Kinkade *(*by *pro hac vice*), Joseph Schramm (*pro hac vice* to be filed) and the law firm of FisherBroyles, LLP are hereby substituted as counsel for Robert Fletcher and Dominique Carroll and the law firm of Fox Rothschild LLP. The appearances of Robert Fletcher and Dominique Carroll and the law firm of Fox Rothschild LLP are hereby stricken. Mr. Schramm shall not be deemed substituted until he appears *pro hac vice.*

DATE: <u>1/19/21</u>

<u>/S/</u>
Hon. Catherine C. Blake
UNITED STATES DISTRICT JUDGE

**<u>Copies via CM/ECF system to:</u>**

Christopher R. Kinkade (*pro hac vice*)
FisherBroyles, LLP
100 Overlook Center, Second Floor
Princeton, NJ 08540
609-415-0101 (telephone)
609-201-1328 (facsimile)
Email: christopher.kinkade@fisherbroyles.com

Amy Epstein Gluck (D. Md. Bar No. 20106)
FisherBroyles, LLP
1200 G Street NW, Suite 800
Washington, DC 20005
Telephone: 301.526.1184
Fax: 301.767.0637
Email: amy.epsteingluck@fisherbroyles.com

Robert P. Fletcher, Bar No. 02893
Fox Rothschild LLP
1030 15th Street N.W., Suite 380 East
Washington, D.C. 20005
202-794-1222 (telephone)
202-461-3102 (facsimile)
Email: rfletcher@foxrothschild.com

Dominique J. Carroll (*pro hac vice*)
Fox Rothschild LLP
997 Lenox Drive
Lawrenceville, NJ 08648
609-895-6706 (telephone)
609-896-1469 (facsimile)
Email: djcarroll@foxrothschild.com

James B. Astrachan
Astrachan Gunst Thomas, PC
217 E Redwood St Ste 2100
Baltimore, MD 21202
Tel.: 14107833550

Fax: 14107833530
Email: jastrachan@agtlawyers.com

Kaitlin Corey
Astrachan Gunst Thomas, PC
217 E Redwood St Ste 2100
Baltimore, MD 21202
Tel.: 240.285.7628
Email: kcorey@agtlawyers.com